UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIND OMAR,

    Plaintiff,                                                 Case No. 23-11689

v.                                                          Hon. Mark A. Goldsmith

BOARD OF GOVERNORS OF
WAYNE STATE UNIVERSITY,
in their individual and official capacity,

    Defendant.
_____/

## STIPULATED ORDER TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT [ECF NO. 1]

This matter having come before the Court upon the stipulation of the parties for the extension of time for Defendant to respond to Plaintiff's Complaint and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the following extension is granted: Defendant shall respond to Plaintiff's Complaint [ECF #1] by September 22, 2023.

SO ORDERED.

Dated:  August 22, 2023                          s/Mark A. Goldsmith
        Detroit, Michigan                        MARK A. GOLDSMITH
                                                                United States District Judge

Stipulated and agreed to by:

| | |
|---|---|
| _/s/ David A. Nacht_ (with consent) | _/s/ Brett J. Miller_ |
| DAVID A. NACHT (P47034) | BRETT J. MILLER (P68612) |
| NACHTLAW, P.C. | BUTZEL LONG, PC |
| 101 N. Main Street, Ste. 555 | 150 W. Jefferson, Suite 100 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| (734) 663-7550 | (313) 225-5316 |
| dnacht@nachtlaw.com | millerbr@butzel.com |
| swilson@nachtlaw.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |