# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HIND OMAR,

    Plaintiff,

Case No. 23-cv-11689
Hon. Mark A. Goldsmith

BOARD OF GOVERNORS OF WAYNE
STATE UNIVERSITY, in their individual
and official capacity,

    Defendant.

| DAVID A. NACHT (P47034) | Brett J. Miller (P68612) |
|---|---|
| NACHTLAW, P.C. | Sarah L. Nirenberg (P77560) |
| Attorneys for Plaintiff | BUTZEL LONG, |
| 501 Avis Drive, Suite 3 | Attorneys for Defendant |
| Ann Arbor, MI 48108 | 150 W. Jefferson – Suite 100 |
| (734) 663-7550 | Detroit, MI 48226 |
| dnacht@nachtlaw.com | (313) 225-7000 |
| | millerbr@butzel.com |
| | nirenberg@butzel.com |

## STIPULATED ORDER TO ADJOURN SCHEDULING CONFERENCE

IT IS HEREBY STIPULATED by and between Plaintiff, Hind Omar, and Defendant, Board of Governors of Wayne State University, that the Court adjourn the telephonic scheduling conference scheduled to take place on Thursday, October 5, 2023, at 4:30 pm. [ECF No. 12] as follows:

WHEREAS, this stipulation is not brought for any improper purpose or undue delay. Plaintiff's counsel, David A. Nacht, is not available on October 5, 2023. Therefore, the parties jointly request that the court adjourn the scheduling

conference scheduled for Thursday, October 5, 2023. The conference is adjourned to a date to be set by the Court.

    The court adopts the stipulation and IT IS SO ORDERED.

| | |
|---|---|
| Dated: October 2, 2023<br>    Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

Stipulated as to form:

| | |
|---|---|
| /s/ David A. Nacht<br>DAVID A. NACHT (P47034)<br>NACHTLAW, P.C.<br>Attorneys for Plaintiff | /s/ Brett J. Miller (w. consent)<br>Brett J. Miller (P68612)<br>Sarah L. Nirenberg (P77560)<br>BUTZEL LONG,<br>Attorneys for Defendant |