# EXHIBIT C

# Hind Omar

4183 Montith Drive, Ypsilanti, MI 48197
(734) 972-1098 | hind.a.omar@gmail.com

## EXPERIENCE

**Director of Diversity, Equity, and Inclusion Programs**
*Various, 2013 - Present*
- Directed and supervised a team focused on creating impactful curriculum for social identity across various academic levels.
- Spearheaded fundraising campaigns, establishing collaborations with private donors and expanded the reach of DEI programs.
- Led both large-scale and intimate workshops on social identity, empowering hundreds of students and faculty.
- Consulted on the creation of comprehensive DEI curriculums and events, reaching diverse audiences.
- Influenced key hiring decisions as part of a committee, ensuring a strong commitment to DEI principles.

**University of Michigan Alumni M-Pact Program,** Ann Arbor, MI
*DEI Coach, Fall 2021*
- Mentored and guided four alumni, cultivating sustainable DEI initiatives tailored to their organizations.

**US Representative Campaign for Jason Rittereiser,** Seattle, WA
*Relationship Manager, Winter 2018*
- Managed intricate data systems to foster and maintain crucial relationships with donors and institutions.

**Truman National Security Project,** Washington, DC
*Membership Intern, Summer 2017*
- Delivered policy briefings to a wide audience, including legislative officers at national conferences.
- Played a pivotal role in event coordination, building capacities for members through various workshops and engagements.

**The Arab American Institute,** Washington, DC
*Programs Intern, Summer 2016*
- Led initiatives in communications, event management, and outreach, driving engagement and fostering connections.

**Intergroup Program for Arab/Jewish Dialogue,** Ann Arbor, MI
*Lead Data Analyst, 2014 – 2016*
- Conducted in-depth quantitative and qualitative research and coding, culminating in a publication in Digest of Middle Eastern Studies Journal Publication.

**Students with Disabilities Advocacy,** Ann Arbor, MI
*Founder, 2012 - 2016*
- Advocated for inclusivity, cultural representation, and promoted educational events across the campus.
- Pioneered curriculum that enabled a student-driven approach to disability rights advocacy.

## EDUCATION

**University of Michigan,** Ann Arbor, MI, May 2017
Dual Majors: Political Science and International Studies & Arabic Languages & Literature

**Cornell University | Leadership Essentials Certificate,** Fall 2019
Emphasis on high-performance team management and workplace cohesion.

## ACHIEVEMENTS
- Published Researcher: Presented at the Digest of Middle Eastern Studies Conference on the topic of "Intergroup Dialogue as a Just Dialogue" (2015)