# EXHIBIT F



**KELLOGG EYE CENTER**
MICHIGAN MEDICINE

Department of Ophthalmology
and Visual Sciences
1000 Wall Street,
Ann Arbor, MI 48105
734.763.8122
www.kellogg.umich.edu

[Select Date]

## PATIENT SUMMARY

Re:  
Patient:  
DOB:  
MRN#:

DOS: 8/1/2022   OPHRET-KEC
017987 Fahim, Abigail Teich, MD
Omar, Hind A
Pref Name:
MRN: 025675824    F   28yrs
CSN: 320253387

This patient was seen by me at the Kellogg Eye Center, Michigan Medicine.

**Last Examination:** 8/1/22

**Diagnosis:** Leber Congenital Amaurosis

**Visual Acuity:**   Right Eye: 20/400   Left Eye: 20/400

**Visual Fields:**   Right Eye: 50°   Left Eye: 45°

The diagnosis was confirmed by

Fundus Examination: retinal atrophy

Tests: ERG, genetic testing

Recommendations: accomodations as needed

✓ This patient is legally blind

___ This patient is visually impaired

Abigail T. Fahim, M.D., Ph.D.
Clinical Assistant Professor

WSU000068

# joanne cruz
**MSW LMSW ACT C-EMDR**

3190 Rochester Road Ste. 109 Troy, MI 48083    cruzlmsw@hotmail.com 866-200-2793 (f)

February 27, 2023

Hind Omar
4183 Montith Dr
Ypsilanti, MI 48197

RE: Letter of Accommodation

Dear Hind,

This letter of accommodation is written per your request and you may use it as you deem appropriate.

This letter states that you have been attending individual counseling with me since January 2022 consistently and expressed that you will continue to do so.  You have been working on managing and further understanding how to manage your anxiety and depression. However, with the challenges of managing the symptoms of panic, along with the many changes and losses in the past year, the accommodations listed below for school are recommended. This is not only to help with psychiatric issues but also for visual impairment challenges to help managing panic attacks and hence can help in learning. In addition, law school produces extensive daily time commitment, complex and time consuming curriculum, constant heavy stress and workload. This leaves limited opportunity for adjustment, control over schedule, or treatment. Having chronic anxiety and long term depression makes this consistently more challenging. The ongoing need for treatment and accommodation require time and attention throughout the duration of law school studies, therefore require the attendance of law school to be remote part-time.

Furthermore, learning new skills such as mindfulness, trauma work (EMDR) and cognitive behavioral therapy can be effective in managing these symptoms.

Should you have any questions, feel free to reach out to me at my email at cruzlmsw@hotmail.com or my contact number 248-709-7432.


All the Best,

*Joanne Cruz*

**Joanne Cruz MSW LMSW ACT C-EMDR**
**Clinical Therapist**

WSU000069