# EXHIBIT G

**Subject:**  FW: Wayne State University Law School Admissions Application
**Date:**  Thursday, September 15, 2022 at 11:56:49 AM Eastern Daylight Time
**From:**  Rebecca Robichaud
**To:**  David Moss
**Attachments:** image001.png

David,
I didn't want to just respond and cc you on this email chain until we talked.   What I gather is a potential student believes she is not being provided appropriate accommodations for the LSAT.  I'm not so sure if you would be ablet or even want to take on this particular case given she is applying to Wayne but I did wonder if perhaps there are any resources you might recommend? I 'm happy to loop you in with Kathy if that is okay?

Rebecca

---

**From:** Kathy Fox <foxk@wayne.edu>
**Sent:** Thursday, September 15, 2022 11:38 AM
**To:** Rebecca Robichaud <rebecca.robichaud@wayne.edu>
**Subject:** FW: Wayne State University Law School Admissions Application

Hi Rebecca, would you take a read of this email, Hind is an amazing student that I firmly believe should be at Wayne Law but she is having serious challenges surrounding the LSAT.  I'm wondering if there is something we can do or recommend that she do since she isn't receiving the accommodations she should be receiving in order to be successful.  I know the clinics were successful in the past challenging LSAC and am curious if there is anything we can do?
Best,

*Kathy Fox*

Assistant Dean of Admissions
Wayne State University Law School
(313) 577-8025



Apply to Wayne Law today!!
https://law.wayne.edu/admissions/jd/app

---

**From:** Hind Omar <hind.a.omar@gmail.com>
**Date:** Thursday, September 15, 2022 at 10:51 AM
**To:** Kathy Fox <foxk@wayne.edu>
**Subject:** Re: Wayne State University Law School Admissions Application

Good Morning Dean Fox,

Thank you for taking the time to speak with me last week. I appreciate your availability.
Following our conversation, I recognize that an increase in my LSAT score is necessary to improve the strength

of my application. As we spoke about, I have found this to be increasingly difficult. Historically, the LSAT has had challenges in accommodating students with disabilities, specifically visual impairments. I have a visual impairment that is severe enough to require drastic accommodations due to me being considered legally blind. However, I do have enough vision that I do not use voiceover software or other accommodations traditionally associated with blindness. I have been registered for accommodations with LSAC for five years. My accommodations include large print reading material, double time, a reader, a scribe, etc.

The LSAT is one of the most visually challenging exams I have ever taken. The logic games section in particular makes it unnecessarily difficult for me based on how visually demanding it is. No matter how many LSAT prep courses I have taken or the different study approaches I have used, it remains unnecassarily difficult. In fact, the LSAT is expected to phase out the logic games section completely in the coming years for this exact reason. I have been registered for accommodations for years. However, being approved for accommodations does not always mean I receive proper accommodations. In the Covid era, LSAC had a hard time distributing the exam at all, to anyone. Students with disabilities were the last of LSAC's concerns. Disabilities were the last to be accommodated while LSAC struggled to offer the exam at all in a new remote context. The new exam format made it more comfortable for traditional students to take the exam, mitigating usual stressors and obstacles associated with the LSAT. There has been an improvement in LSAT scores nationwide in the last two years, which has improved rankings, application standards, and statistics for many legal institutions. However, it posed new challenges for me and students like me on an exam that has already always been disproportionately challenging.

During the previous application cycle, I was registered to take the LSAT in April of 2021. As I sat to take the exam, I asked the proctor to clarify my accommodations and instructions. The proctor could not do so. I had to wait 2.5 hours to receive clear instructions. I happened to also be 7 months pregnant at the time. I had to sit and wait 2.5 hours to even begin my exam and then another 4.5 hours to take the exam in serious physical discomfort I could not have planned for. This put me in a terrible head space and physical discomfort throughout the entire exam due to a proctor not being able to differentiate my accommodations and exam from a "normal" exam.  I called LSAC the next morning, since they had closed by the time I completed my exam. LSAC informed me that I could take the following scheudled LSAT in June. I could not take the June LSAT because my due date was the same week the exam was to be distributed. LSAC offered me a make-up exam the following week if I agreed discarded my initial score without knowing what it was. This was my only chance to get an updated LSAT score before the application cycle closed and had the uncertainty of a newborn and postpartum.

I was already exhausted after sitting for the initial exam. I spent the following week struggling to rebound my perspective and to get excited for opportunity to take the LSAT. As I sat to take the make-up exam and began to unbox my materials, I realized I only had one small print copy of the exam. LSAC failed to send me a large print copy. LSAC failed to send me any large print materials at all. I only had a single small print copy. I was confused and felt even more defeated. Obviously, the small print copy was useless to me because I could not see it at all, let alone use it to complete the most important exam of my life to date. This put me in an even  worse head space than the previous week. The proctor informed me I could either take the exam with the materials provided or opt out of the exam altogether. Knowing I needed to improve my score in order to be considered as a competitive candidate and seeing the uncertainty of the months ahead, I realized this was my only chance to take the exam at all. I decided to sit for the exam at any cost to myself because I was desperate at this point. I had my reader and scribe use the small print copy in order to read to me and I. took the exam completely auditorily. It took me so much longer due to requiring questions to be repeated for limited comprehension. I completed the entire exam without having any testing materials in front of me. This version of the exam was also significantly more difficult than the initial exam.

This was by far one of the most stressful and exhaustive experiences of my life. The will power I had to muster in order to complete not one exam, but two despite the circumstances was unparalleled. I was

humiliated and discouraged. It was as if I were being punished for circumstances outside of my control. I did everything right and yet, everything went wrong and only I suffered the consequences. I was able to increase my score 10 points in order to receive a 150 despite all odds and circustances. Logically, I understand that I would have to increase my score further, especially following our conversation. However, condsidering the extreme stress and difficulties of my previous experiences and how disproportionately unbalanced the exam is for students like me, retaking the LSAT is the last thing I want to do. Not based on material alone, but more so based on my personal experiences and the experiences of others like me on an exam that was not created for us and has been made clear is not easily accommodated to me,if at all.

Thank you for your time and attention in reading this. I am eager to hear your feedback and recommendations. Please let me know if there is any other information you need.

Respectfully,
Hind

On Tue, Sep 6, 2022 at 10:05 AM Hind Omar <hind.a.omar@gmail.com> wrote:

> Hi Dean Fox,
>
> Thank you so much for getting back to me, I hope you had a pleasant Labor Day weekend. Yes, Sept 8th at 1pm works well. I look forward to speaking with you then. Would you prefer a phone call or a Zoom meeting?
>
> Best,
> Hind
>
> On Friday, September 2, 2022, Kathy Fox <foxk@wayne.edu> wrote:
>
>> Hi Hind, my next available appointment is Sept 8 at 1pm, let me know if that works for you, otherwise we are looking at the following week.
>> Best,
>>
>> *Kathy Fox*
>>
>> Assistant Dean of Admissions
>> Wayne State University Law School
>> (313) 577-8025
>>
>> 
>>
>> Apply to Wayne Law today!!
>> https://law.wayne.edu/admissions/jd/app
>>
>> ---
>>
>> **From:** Hind Omar <hind.a.omar@gmail.com>
>> **Date:** Friday, August 26, 2022 at 1:19 PM
>> **To:** Kathy Fox <foxk@wayne.edu>
>> **Subject:** Re: Wayne State University Law School Admissions Application

[EXTERNAL]

Hi Dean Fox,

Thank you for personally reaching out and for your thoughtful consideration. I appreciate the opportunity to apply, and although I was hoping for better news, I understand the difficulties of this process. I would greatly appreciate the opportunity to further discuss how I can improve my application for Waye Law for fall 2023, it absolutely remains my law school of choice.

Monday and Wednesday afternoons as well as anytime on Fridays are most available for me, please let me know when would work best for you.

Again, thank you for being intentional and kind throughout this process, I look forward to working with you soon.

My best,
Hind

On Fri, Aug 26, 2022 at 12:34 PM foxk@wayne.edu <foxk@wayne.edu> wrote:

Dear Ms. Omar:

I wanted to personally let you know that our class is complete and our admissions cycle for fall 2022 is closed. Although we were not able to offer you a seat in this year's class, I did want you to know that we were incredibly impressed with your credentials, and but for our class filling up, you would have been a strong student at Wayne Law. Having said that, if you have not committed yourself to attending law school at another institution this fall, I invite you to reach out to me and we can schedule a time to chat about how you can improve your application for admissions consideration at Wayne Law for fall 2023. I am offering this to you because we welcomed an incredibly strong class this fall and are likely to see an even stronger class next year as Wayne Law continues to climb in the rankings. I want to see you become one of our most competitive applicants if you still see yourself at Wayne Law and I stand ready to assist you.

Conversely, if you have chosen another law school to attend, I want to be one of the first to wish you well as you pursue your future, but also let you know that we admit a robust class of transfer students each year who have completed their first-year of law school and are rising 2Ls. If Wayne Law continues to be of interest to you, please reach out to me after you complete your first-year and we can chat.

Wishing you all the best,

Kathy Fox

Assistant Dean of Admissions

Wayne State University Law School

--
Sent from Gmail Mobile