# EXHIBIT N

| Hind Omar Accommodations | | | | |
|---|---|---|---|---|
| | For each accommodation, the essential nature of the activity is maintained through alternative and more accessible means or manners | | | |
| | | | Sharable Link | https://docs.google. |
| **Accommodations** | **Justifications/Alternative** | | | |
| Distance Education | By utilizing distance education for class, I will be able to maintain the timeline for course and degree program completion, and meet all of Wayne State Law's learning objectives for students as well as the ABA Section 310. By all accounts my participation by distance education mitigates many in-person accommodations that would be required by physical attendance.<br><br>I require two to three times longer to study, highlight, create outlines, read, and prepare for each class than a typical student. I often require the use of bulky assistive technology which is not practical to transport from home to school, let alone set up for proper use in class. While many students have the ability to simultaneously actively listen to what is being discussed in a lecture, reference their notes in the proper location, and take additional notes, I am unable to do so. As referenced and established in PGA Tour, Inc. v. Martin, distance education does not create an unfair advantage as I am already unable to attend and participate in lectures in the manner a typical student would, it would instead allow participation and access in a manner that I am more capable of receiving the material.<br><br>I naturally require control over my workspace and distance education allows that control as well as the safety of space to mitigate anxiety in contrast to a dependency for assistance to navigate to the bathroom, around the law school, and the classroom. Additionally, distance education provides relief of undue anxiety created by being distracting to other students, removing myself in case of panic, anxiety, or fatigue.<br><br>Attending classes in person requires accommodation for major life activities such as requiring and being dependent on a hired individual to drive 80 minutes round-trip to attend each class, assistance walking to and around the law school, and taking rests for eye fatigue. All of which would be alleviated or mitigated by distance education.<br><br>I was thankful and excited to see the speed and fluidity in which Wayne State Law rapidly accommodated all students at the beginning of COVID. Additionally, in 2022 the ABA approved updated policy pertaining to distance education as well as removing credit and administrative restrictions for distance education as an ADA accommodation, which I have included in the below tab. | | | |
| Cold calling | I understand the value of being prepared for class with the case information, and having to think on the spot. However, normally students are able to quickly reference their briefs, materials, and the case material itself when responding. For me, short of memorizing my outlines and briefs, it is not possible for me to reference my materials in a timely fashion, let alone in live time in front of the class. This places an undue burden on me as a student. An accommodation recommendation to this would be professors limiting the scope of questions they ask me to be more generalized, or requriing me to attend office hours at an agreed upon frequency where the professor can ask me anything where I will be allowed time and comfort to answer accordingly. This would allow me to acquire the same end goal skills but accommodate the mechanics. | | | |
| Lectures recorded | Having lecture recordings alleviates a sense of stress and allows me to be more engaged in live class. This is an accommodation that I have utilized in the past. | | | |
| Research assistant | Due to eye fatigue, reading fatigue, and scan fatigue, the visual nature of scanning material for excerpts and creating citations presents to be streneous. This is in no way mutually exclusive with taking in material, but alleviates the visual strain. I have used a research assistant in the past and have been very successful in doing so, resulting in publication. | | | |
| Double time for exams and all timed assessments | Medically required | | | |
| In-class materials such as powerpoints, and written notes provided from instructor or peer | In order to fully engage in live class and not having to worry about the visual distractions of having to take notes, having materials provided is an accommodation I have always had. | | | |
| Use of personal computer, digital notes/outlines, assistive technology when required | Medically required | | | |

| | | | | |
|---|---|---|---|---|
| Access to accessible, digital formats of class material | Medically required | | | |
| An individual, private space to take an examination | As an auditory learner, I often think and read aloud to myself, require a scribe/reader depending on the exam. Or need the use of assistive technology depending on the exam, in order to mitigate distractions. I have always been granted a quiet, private room. | | | |