# EXHIBIT S

| | |
|---|---|
| **From:** | William Adams <William.Adams@americanbar.org> |
| **Sent:** | Tuesday, March 28, 2023 3:16 PM |
| **To:** | Cherise Frost |
| **Cc:** | Stephanie Giggetts |
| **Subject:** | Re: Distance Learning Question |

**[EXTERNAL]**

Dear Ms. Frost,

We provide accreditation advice to the deans of law schools. If the dean wants to contact my Depuy Director or me, we will be glad to provide advice. I will share at this point that the Standard requires accommodation consistent with applicable law. We cannot advise the applicability of the law to a specific individual, but are glad to talk to the Dean about any accreditation issues applicable to the Standard.

I will be out of the office beginning Thursday for a week, but have copied the Deputy, Stephanie Giggetts on this message.

Best,
Bill

William E. Adams, Jr.
Managing Director
Section of Legal Education and Admissions to the Bar
American Bar Association
312.988.5103
william.adams@americanbar.org

---

**From:** Cherise Frost <am4242@wayne.edu>
**Sent:** Friday, March 24, 2023 3:38 PM
**To:** William Adams <William.Adams@americanbar.org>
**Subject:** Distance Learning Question

Hello Bill,

I hope this email finds you well. I am the Director of Student Disability Services at Wayne State University. We are currently navigating a situation with a student who has requested access to our law program remotely for the duration of the program. She has cited ABA laws/regulations that she believes compel us to provide remote access as an accommodation. Our law school does not have a remote or hybrid version of their program and they believe this request alters the essential functions of their program. I wanted to reach out to get the ABA's thoughts and clarification on what the new regulations mean, and I would welcome a conversation on this next week, if you have time. I look forward to hearing back from you. Have a nice weekend!

1

WSU000107

Regards,

Cherise M. Frost, MA, CRC
Interim Director
Wayne State University
Student Disability Services
1600 David Adamany Undergraduate Library
Detroit, MI 48202
313-577-8395
313-577-4898 (fax)
www.studentdisability.wayne.edu

"Every great dream begins with a dreamer. Always remember, you have within you the strength, the patience, and the passion to reach for the stars to change the world." - Harriet Tubman



*Wayne State University rests on Waawiyaataanong, also referred to as Detroit, the ancestral and contemporary homeland of the Three Fires Confederacy. These sovereign lands were granted by the Ojibwe, Odawa, Potawatomi, and Wyandot nations, in 1807, through the Treaty of Detroit. Wayne State University affirms Indigenous sovereignty and honors all tribes with a connection to Detroit. With our Native neighbors, WSU can advance educational equity and promote a better future for the earth and all people.*