# EXHIBIT D

[EXTERNAL]

Hi Dean Fox,

Thank you for personally reaching out and for your thoughtful consideration. I appreciate the opportunity to apply, and although I was hoping for better news, I understand the difficulties of this process. I would greatly appreciate the opportunity to further discuss how I can improve my application for Waye Law for fall 2023, it absolutely remains my law school of choice.

Monday and Wednesday afternoons as well as anytime on Fridays are most available for me, please let me know when would work best for you.

Again, thank you for being intentional and kind throughout this process, I look forward to working with you soon.

My best,
Hind

On Fri, Aug 26, 2022 at 12:34 PM foxk@wayne.edu <foxk@wayne.edu> wrote:

Dear Ms. Omar:

I wanted to personally let you know that our class is complete and our admissions cycle for fall 2022 is closed. Although we were not able to offer you a seat in this year's class, I did want you to know that we were incredibly impressed with your credentials, and but for our class filling up, you would have been a strong student at Wayne Law. Having said that, if you have not committed yourself to attending law school at another institution this fall, I invite you to reach out to me and we can schedule a time to chat about how you can improve your application for admissions consideration at Wayne Law for fall 2023. I am offering this to you because we welcomed an incredibly strong class this fall and are likely to see an even stronger class next year as Wayne Law continues to climb in the rankings. I want to see you become one of our most competitive applicants if you still see yourself at Wayne Law and I stand ready to assist you.

Conversely, if you have chosen another law school to attend, I want to be one of the first to wish you well as you pursue your future, but also let you know that we admit a robust class of transfer students each year who have completed their first-year of law school and are rising 2Ls. If Wayne Law continues to be of interest to you, please reach out to me after you complete your first-year and we can chat.