# EXHIBIT E



Hind Omar <hind.a.omar@gmail.com>

## Wayne State University Law School Application
1 message

---

**foxk@wayne.edu** <foxk@wayne.edu>  
Reply-To: foxk@wayne.edu  
To: "hind.a.omar@gmail.com" <hind.a.omar@gmail.com>

Fri, Jan 22, 2021 at 2:09 PM



Dear Hind,

Your application for admission to Wayne State University Law School has been reviewed by the law admissions committee and we have determined that your credentials are indeed impressive and place you within the applicant pool for continued consideration for admission to Wayne Law for fall 2021.  The committee has decided to waitlist your application before a final admissions decision is made.  The committee will continue to review waitlist applications and expects to finalize decisions throughout the 2021 admissions cycle.  Many waitlist candidates will begin to receive offers of admission after April 15, 2021, while other candidates will remain on the waitlist through the summer as we continue to make offers of admission into August.

We regret that we cannot give you a final decision at this time, however, many candidates from our waitlist in past years have received admission to Wayne Law.  In order to set yourself apart and express your continued interest in Wayne Law, please write an email to me that details why you want to attend Wayne Law and what you plan to contribute to our law community as a law student and future attorney.  Additionally, if you are in college or graduate school, please submit an updated transcript to LSAC that contains your fall 2020 grades and lists your winter 2021 courses so we receive an updated CAS Report for your application file.  Finally, many students move themselves off of our waitlist and into our class by retaking the LSAT.  If you think you may want to do this, please know that the sooner we receive a new score, the better, with August 1, 2021 being the last date we will accept a score update.

I expect that you will have questions going forward and I encourage you to call the admissions office at (313) 577-3937 to discuss how to strengthen your application and improve your odds of being admitted to Wayne Law.  I will be in contact with you going forward periodically and then more so as we move through the spring and summer months.  I look forward to keeping in touch with you throughout the 2021 cycle and to receiving additional information for your application file.

Thank you,

OMAR 0277

Kathy Fox

Assistant Dean of Admissions

Wayne State University Law School

OMAR 0278



Hind Omar <hind.a.omar@gmail.com>

## Wayne State University Law School Admissions Application

**foxk@wayne.edu** <foxk@wayne.edu>  Fri, Aug 26, 2022 at 12:34 PM
Reply-To: foxk@wayne.edu
To: "hind.a.omar@gmail.com" <hind.a.omar@gmail.com>



Dear Ms. Omar:

I wanted to personally let you know that our class is complete and our admissions cycle for fall 2022 is closed.  Although we were not able to offer you a seat in this year's class, I did want you to know that we were incredibly impressed with your credentials, and but for our class filling up, you would have been a strong student at Wayne Law.  Having said that, if you have not committed yourself to attending law school at another institution this fall, I invite you to reach out to me and we can schedule a time to chat about how you can improve your application for admissions consideration at Wayne Law for fall 2023.  I am offering this to you because we welcomed an incredibly strong class this fall and are likely to see an even stronger class next year as Wayne Law continues to climb in the rankings.  I want to see you become one of our most competitive applicants if you still see yourself at Wayne Law and I stand ready to assist you.

Conversely, if you have chosen another law school to attend, I want to be one of the first to wish you well as you pursue your future, but also let you know that we admit a robust class of transfer students each year who have completed their first-year of law school and are rising 2Ls.  If Wayne Law continues to be of interest to you, please reach out to me after you complete your first-year and we can chat.

Wishing you all the best,

Kathy Fox

Assistant Dean of Admissions

Wayne State University Law School

OMAR 0279

OMAR 0280



Hind Omar <hind.a.omar@gmail.com>

**Welcome to Wayne Law!**
1 message

**foxk@wayne.edu** <foxk@wayne.edu>  Wed, Dec 7, 2022 at 11:38 AM
Reply-To: foxk@wayne.edu
To: "hind.a.omar@gmail.com" <hind.a.omar@gmail.com>



### Congratulations on your admission to Wayne Law!

Congratulations! It is my pleasure to offer you admission to Wayne State University Law School for fall 2023! I am also happy to share with you that you have been awarded a Full-Tuition Annual scholarship.**

Based upon your selection when you submitted your application, you have been placed into the **Day section**. Please click here to review what this means for your class schedule.

At Wayne Law you will find a diverse group of students from all walks of life; expert faculty who enjoy teaching and stretching the intellectual curiosity of our students; administrators who are committed to providing a supportive and engaged law school community; and alumni who are proud of their legacy and give back their time and talents and to ensure a vibrant future for Wayne Law.

Now that you are a part of the Wayne Law family, you will see a flurry of activity between now and 1L orientation on August 21st, 2023. We will stay in touch with you via email, snail mail, phone calls and a dedicated Facebook group to share information with you about our programs, students, housing, financial aid, and everything you need to know before you arrive on campus.

OMAR 0281

In the meantime, we are here to help you begin your legal education! Please do not hesitate to call, email or schedule an appointment to speak with us so that we can answer your questions and keep you on track with the upcoming events and important deadlines coming up in the next few months.

## Connect with Wayne Law Admissions:

- Please **click here** to join the **2023 Admitted Student Facebook Group** to begin meeting your future classmates and to ask any and all questions you may have about Wayne Law! We will also use this page to post important information and reminders.

- Connect with Wayne Law Admissions by clicking our LinkedIn profiles below. We are excellent networking resources and we are more than happy to answer all of your questions!

**Kathy Fox**
Assistant Dean of Admissions
*foxk@wayne.edu*
**LinkedIn**

**Jill Burnette-Maurice**
Director of Admissions
*jill.burnette@wayne.edu*
**LinkedIn**

General contact information:

**Student Ambassadors:**
Meghan, Dana and Michael (3Ls)
Kasey, Taylor, Chalotte, Elle and Katie (2Ls)

**Wayne Law Admissions**
Suite 1215
Telephone: (313) 577-3937
Fax: (313) 577-8129
*lawinquire@wayne.edu*

WAYNE STATE UNIVERSITY          WARRIOR STRONG

OMAR 0282

**The terms and conditions of your scholarship are included in your electronic Acceptance of Scholarship form. The link to this form will be included in your scholarship offer letter which will be mailed to you in a few weeks. This electronic form also includes instructions on how to accept your award.

OMAR 0283