# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HIND OMAR,

    Plaintiff,                                   Case No. 23-cv-11689
                                              Hon.  Robert J. White

v.

BOARD OF GOVERNORS OF WAYNE
STATE UNIVERSITY, in their individual
and official capacity,

          Defendant.

| DAVID A. NACHT (P47034) | Brett J. Miller (P68612) |
|---|---|
| NACHTLAW, P.C. | Sarah L. Nirenberg (P77560) |
| Attorneys for Plaintiff | BUTZEL LONG, |
| 501 Avis Drive, Suite 3 | Attorneys for Defendant |
| Ann Arbor, MI 48108 | 150 W. Jefferson – Suite 100 |
| (734) 663-7550 | Detroit, MI 48226 |
| dnacht@nachtlaw.com | (313) 225-7000 |
| | millerbr@butzel.com |
| | nirenberg@butzel.com |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE, attorney of record for Plaintiff, Amanda M. Ghannam, is no longer employed by NACHTLAW, P.C. Ms. Ghannam hereby requests that this Honorable Court grant her a withdrawal as attorney of record for Plaintiff, Hind Omar, in the instant matter.

Attorney of record for Plaintiff, Hind Omar, David A. Nacht of NACHTLAW, P.C. will remain as counsel.

2

                                                  Respectfully submitted,
                                                  **NACHTLAW, P.C.**

/s/ David A. Nacht
David A. Nacht (P47034)
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
(734) 663-7550
dnacht@nachtlaw.com

Dated: November 8, 2024                        *Attorneys for Plaintiff*