UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HIND OMAR,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY,<br><br>    Defendant. | Case No. 23-cv-11689<br><br>Honorable Robert J. White |

### ORDER WITHDRAWING AMANDA M. GHANNAM AS COUNSEL FOR PLAINTIFF HIND OMAR

This matter is before the Court on a Notice of Withdrawal as Counsel of Record for Plaintiff Hind Omar. (ECF No. 30).

IT IS HEREBY ORDERED that Amanda M. Ghannam be and hereby is withdrawn as counsel of record for Plaintiff Hind Omar. David A. Nacht of NACHTLAW, P.C. will remain as counsel.

SO ORDERED.

Dated: November 12, 2024

s/Robert J. White
Robert J. White
United States District Judge