UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HIND OMAR,<br><br>     Plaintiff,<br><br>v.<br><br>BOARD OF GOVERNORS OF<br>WAYNE STATE UNIVERSITY,<br><br>     Defendant. | Case No. 23-cv-11689<br><br>Honorable Robert J. White |

**STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

In accordance with the stipulation of the parties, and the Court being advised on the premises;

IT IS HEREBY ORDERED THAT this action be, and hereby is, DISMISSED WITH PREJUDICE, and without a finding of any prevailing party and for which no motion for fees or costs will be entertained.

SO ORDERED.

Dated: June 9, 2025                    s/Robert J. White
                                       Robert J. White
                                       United States District Judge

**STIPULATED TO:**

By:  /s/ David A. Nacht (w/permission)
    David A. Nacht (P47034)
    NACHTLAW, P.C.
    501 Avis Drive, Suite 3
    Ann Arbor, MI 48108
    (734) 663-7550
    dnacht@nachtlaw.com

    Attorneys for Plaintiff

By:  /s/ Brett J. Miller
    Brett J. Miller (P68612)
    Sarah L. Nirenberg (P77560)
    BUTZEL LONG
    150 W. Jefferson – Suite 100
    Detroit, MI 48226
    (313) 225-7000
    millerbr@butzel.com

    Attorneys for Defendant